UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KEN AQUILINO,

          **Plaintiff,**

v.                                                    Case No: 6:15-cv-393-Orl-28KRS

COMMISSIONER OF SOCIAL
SECURITY,

          **Defendant.**

## ORDER

This case is before the Court on Plaintiff's complaint to obtain judicial review of a final decision of the Commissioner of Social Security ("Commissioner") as to benefits under the Federal Old Age, Survivors and Disability Insurance Programs ("OASDI") and Supplemental Security Income for the Aged, Blind and Disabled Program ("SSI"). The United States Magistrate Judge has submitted a report recommending that the Commissioner's decision be reversed and remanded.

After an independent *de novo* review of the record in this matter, and consideration of the non-objections filed to the Report and Recommendation (Doc. Nos. 21, 22), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed June 1, 2016 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Commissioner's decision is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

3.   The Clerk of the Court is directed to enter judgment in favor of Plaintiff and to thereafter close this file.

**DONE** and **ORDERED** in Orlando, Florida, on July __1__, 2016.

*[signature]*
ANNE C. CONWAY
United States District Judge
(Signed in the absence of and at the
direction of Judge John Antoon II)

Copies furnished to:

United States Magistrate Judge
Counsel of Record