# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KEN AQUILINO,

        Plaintiff,

v.                                  Case No: 6:15-cv-393-Orl-28KRS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

## ORDER

This case is before the Court on Plaintiff's Uncontested Petition for Attorney's Fees pursuant to the Equal Access to Justice Act, 28 U.SC. § 2412 (Doc. No. 25) (filed August 9, 2016). The United States Magistrate Judge has submitted a report recommending that the motion be granted in part.

After an independent de novo review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is ORDERED as follows:

    1.    That the Report and Recommendation filed August 15, 2016 (Doc. No. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Uncontested Petition for Attorney's Fees (Doc. No. 25) (filed August 9, 2016) is **GRANTED in part**.

    3.    The Commissioner of Social Security is ordered to pay Plaintiff's attorney's fees in the amount of $4,207.50.

**DONE** and **ORDERED** in Orlando, Florida, on September 7, 2016.

                                        JOHN ANTOON II
                                        United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record

2