# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KEN AQUILINO,

      **Plaintiff,**

v.　　　　　　　　　　　　　　　　　　　　Case No: 6:15-cv-393-Orl-28KRS

COMMISSIONER OF SOCIAL SECURITY,

      **Defendant.**

# ORDER

This case is before the Court on Richard A. Culbertson's Request for Authorization to Charge a Reasonable Fee and Memorandum on Reasonable Fees Pursuant to 42 U.S.C. § 406(b) (Doc. No. 30) (filed January 9, 2019). The United States Magistrate Judge has submitted a Report (Doc. 31) recommending that the motion be granted. No objection to the Report has been filed, and the time for filing objections has passed.

After review of the record in this matter, and noting that no objections were timely filed, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is ORDERED as follows:

    1.    That the Report and Recommendation filed February 19, 2019 (Doc. No. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Richard A. Culbertson's Request for Authorization to Charge a Reasonable Fee and Memorandum on Reasonable Fees Pursuant to 42 U.S.C. § 406(b) (Doc. No. 30) (filed January 9, 2019) is **GRANTED**.

3. Richard A. Culbertson is authorized to charge Plaintiff Ken Aquilino the sum of $6,151.90 in attorney's fees pursuant to 42 U.S.C. § 406(b).

**DONE** and **ORDERED** in Orlando, Florida, on March ___, 2019.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record